IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-75 |
| | ) | Violation: |
| | ) | 18 U.S.C. § 1001 |
| GRIGORE MANOLACHE | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION

The Assistant Attorney General charges that:

### INTRODUCTION

FILED
JUL 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

At all times relevant to this Indictment:

1. The *M/V Irene, E/M ("Irene")*, a 21,000 gross ton vessel operated by *Chian* Spirit Maritime Enterprises, Inc. (hereinafter referred to as "*Chian*"), was operating in international commerce, moving bulk products to and from different ports. One of these ports, Big Stone Anchorage, was located in Delaware Bay, Delaware (hereinafter referred to as "Delaware Bay").

2. Defendant GRIGORE MANOLACHE was the "Master" or "Captain" of the *Irene*, and was responsible for the navigation of the vessel, for maintaining the life and safety of the crew and for representing the vessel's interest during communication with port officials. MANOLACHE provided direction and orders to lower level officers, engineers and crew.

3. All oceangoing vessels, pursuant to 33 C.F.R. §104.230 and 33 C.F.R. §104.235, must conduct security drills at least once every three months while at and accurate records must be maintained and made available for inspection to United States Coast Guard personnel upon request.

4.  On December 8, 2005, the United States Coast Guard conducted an inspection of the *Irene* in Delaware Bay.

## COUNT ONE
### (Use of False Writing - 18 U.S.C. § 1001(a)(3))

5.  The Assistant Attorney General re-alleges and incorporates by reference herein paragraphs 1 through 4 of this Information and further charges:

6.  On or about December 8, 2005, in the District of Delaware in Delaware Bay, the defendant,

### GRIGORE MANOLACHE,

did knowingly and willfully make and use and cause the making and use of a materially false writing in a matter within the jurisdiction of the United States Coast Guard and the Department of Homeland Security, to wit, during a vessel inspection of the *Irene* to determine the vessel's compliance with MARPOL and United States law, the defendant did knowingly and willfully present a security training log book which falsely represented that an Anti Swimmer Attack Drill took place aboard the *Irene* on or about August 11, 2005, when in fact no such drill had taken place on or about that date.

All in violation of Title 18, United State Code, Sections 1001(a)(3).

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

By: _____
Mark W. Kotila
Senior Trial Attorney
Environmental Crimes Section
U.S. Department of Justice


By: _____
Jeffrey L. Phillips
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice


Date: